UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

FILED
10/13/2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:26-cr-20-SEB-VTW |
| | ) | |
| JOSHUA BRUGGER, | ) | |
| | ) | |
| *Defendant*. | ) | |

# **INFORMATION**

The United States Attorney charges that:

## **COUNT 1**

18 U.S.C. § 656
(Theft by Bank Employee)

From on or about January 1, 2026, and continuing through on or about February 14, 2026, in Clark County, within the Southern District of Indiana, defendant,

JOSHUA BRUGGER,

being an officer, director, agent, or employee of River City Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud River City Bank, willfully misapplied, embezzled, abstracted, and purloined the sum of approximately $658,800, in moneys, funds, assets or securities entrusted to the custody or care of such institution or other covered entity;

All in violation of Title 18, United States Code, Section 656.

**FORFEITURE ALLEGATION**

1. The allegations set forth above, are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2)(A).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 656 set forth in Count 1 of this Information, the defendant, JOSHUA BRUGGER, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A) any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of the offense.

3. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

THOMAS E. WHEELER II
UNITED STATES ATTORNEY

By: ______________________________
Matthew J. Rinka
Assistant United States Attorney

By: ______________________________
Nicholas J. Linder
Criminal Chief