UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

FILED
10/13/2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 4:26-cr-20-SEB-VTW |
| | ) | |
| JOSHUA BRUGGER, | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE**

Comes now, Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, by Matthew J. Rinka, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By: /s/ Matthew J. Rinka

Matthew J. Rinka
Assistant United States Attorney
United States Attorney's Office
135 N Pennsylvania Street, Suite 2100
Indianapolis, Indiana 46204
Telephone: (317) 226-6333
Email: Matthew.Rinka@usdoj.gov