UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSHUA BRUGGER,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO. 4:26-cr-00020-SEB-VTW |

**APPEARANCE**

Comes now, Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, by Kathryn E. Olivier, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By: /s/ Kathryn E. Olivier

Kathryn E. Olivier
Assistant United States Attorney
United States Attorney's Office
135 N Pennsylvania Street, Suite 2100
Indianapolis, Indiana 46204
Telephone: (317) 226-6333
Email: Kathryn.Olivier@usdoj.gov