Case 4:26-cr-00020-SEB-VTW Document 2 Filed 10/13/26 Page 1 of 1 PageID #: 4

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

United States of America
v.
JOSHUA BRUGGER
*Defendant*

Case No. 4:26-cr-20-SEB-VTW

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11-04-2026

*Defendant's signature*

*Signature of defendant's attorney*

Jennifer Culotta
*Printed name of defendant's attorney*

Van Willis
*Judge's signature*

Van T. Willis, U.S. Magistrate Judge
*Judge's printed name and title*

Print Save As... Reset